Document Number 0691
Case Number 06-C-0719-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
04/25/2007 11:20:22 AM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

DENNIS HECKER, JONNA DUANE,
WILLIAM WALLACE and ROGER BRADLEY,

        Plaintiffs,                    ORDER
                                                               06-C-719-S

   v.

DEERE & COMPANY, FIDELITY MANAGEMENT
TRUST COMPANY and FIDELITY MANAGEMENT
& RESEARCH COMPANY,

        Defendants.
_____

     Plaintiffs' motions to compel production of documents directed against Fidelity Management Trust Company and Fidelity Management & Research Company as well as Deere & Company and the protective orders prepared by counsel came on to be heard by telephone in the above entitled matter on April 25, 2007, the plaintiffs having appeared by Solheim, Billing & Grimmer by Jennifer Amundsen and Schlicter, Bogard & Denton by Elizabeth J. Hubertz and Troy A. Doles; defendant Deere & Company by Morgan, Lewis & Bockius by Sari M. Alamuddin and Charles Jackson; defendants Fidelity Management by Reinhart, Boerner & Van Deuren by Mark A. Cameli and O'Melveny & Myers by Robert N. Eccles.  Honorable John C. Shabaz, District Judge, presided.

     Plaintiffs' proposed protective order marked "Exhibit A" is relatively simple, limits disclosure basically the same as defendant's and provides that any person who receives the information must agree to be bound by the order and to the Court's enforcement powers.  Accordingly,

ORDER

IT IS ORDERED that plaintiffs' protective order marked "Exhibit A" attached hereto is GRANTED.

IT IS FURTHER ORDERED that defendants Fidelity shall provide to plaintiffs' counsel all those documents requested by nos. 4, 5, 9, 13, 14, 15, 17 and 20 of plaintiffs' first and second requests for production of documents to include responses to those interrogatories nos. 4, 5 and 8.

IT IS FURTHER ORDERED that defendant Deere & Company shall provide to plaintiffs' counsel all those documents requested by nos. 4, 5, 12 and 21 of plaintiffs' first and second requests for production of documents.

IT IS FURTHER ORDERED that said documents shall be provided to plaintiffs' counsel not later than May 2, 2007.

IT IS FURTHER ORDERED that defendant Fidelity shall provide to plaintiffs' counsel the hard drive referred to in request no. 16 not later than May 10, 2007.

IT IS FURTHER ORDERED that responses to the third request for production of documents shall be provided as agreed to by the parties.

Entered this 25th day of April, 2007.

BY THE COURT:

S/

_____
JOHN C. SHABAZ
District Judge