IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DENNIS HECKER, JONNA DUANE,
and JANICE RIGGINS,
individually and on behalf of all those
similarly situated

      Plaintiffs,

v.

DEERE & COMPANY, FIDELITY
MANAGEMENT TRUST COMPANY, and
FIDELITY MANAGEMENT & RESEARCH
COMPANY,

      Defendants.

CASE NUMBER: 06-C-0719-S

## NOTICE OF APPEAL

Notice is hereby given that Dennis Hecker, Jonna Duane and Janice Riggins, plaintiffs in the above-styled case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order on Bill of Costs, granting costs taxed in favor of Defendants Fidelity Management Trust Company and Fidelity Management & Research Company in the amount of $164,814.43 and costs taxed in favor of Defendant Deere & Company in the amount of $54,396.57 entered in this action on December 31, 2007.

                                                    s/Jennifer L. Amundsen
                                                    Jennifer L. Amundsen
                                                    Kim Grimmer
                                                    Lawyers for Plaintiffs-Appellants
                                                    SOLHEIM BILLING & GRIMMER, SC
                                                     U.S. Bank Plaza, Suite 301
                                                     One South Pinckney Street
                                                     P.O. Box 1644

Jerome J. Schlichter*                     Madison, Wisconsin  53701-1644
Daniel V. Conlisk                      Telephone:  (608) 282-1200
Troy A. Doles                          Fax:  (608) 282-1218
Lawyers for Plaintiffs-Appellants     Email: jamundsen@sbglaw.com
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Tel:    314-621-6115
Fax:   314-621-7151
*Counsel of Record

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF APPEAL was served via regular mail and email, and via CM/ECF where applicable, on January 28, 2008, upon the following counsel of record:

| | |
|---|---|
| Sari M. Alamuddin<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive, Sixth Floor<br>Chicago, IL 60601<br>Tel: 312.324.1158<br>Fax: 877.432.9652<br><br>Counsel for Deere & Company | Mark A. Camelli<br>Lewis W. Beilin<br>Reinhart Boerner Van Deuren<br>1000 North Water Street<br>P.O. Box 2965<br>Milwaukee, WI 53201<br>Tel: 414.298.1000<br>Fax: 414.298.8097<br><br>Counsel for Fidelity<br>Management Trust Company<br>and Fidelity Management &<br>Research Company |
| Robert Eccles<br>Brian Brooks<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Tel: 202.383.5300<br>Fax: 202.383.5414<br><br>Counsel for Fidelity<br>Management Trust Company and<br>Fidelity Management & Research<br>Company | James Fleckner<br>Goodwin Proctor LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>Tel: 617.570.1153<br>Fax: 617.523.1231<br><br>Counsel for Fidelity<br>Management Trust Company<br>and Fidelity Management &<br>Research Company |

s/Jennifer L. Amundsen