# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**FINAL JUDGMENT**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

February 12, 2009

BEFORE:  DANIEL A. MANION, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| Nos.: 07-3605 & 08-1224 | DENNIS HECKER, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>DEERE & COMPANY, FIDELITY MANAGEMENT TRUST and FIDELITY MANAGEMENT AND RESEARCH COMPANY,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:06-cv-00719-jcs<br>Western District of Wisconsin<br>Court Reporter Ryan Plender<br>District Judge John Shabaz<br>Clerk/Agency Rep Peter Oppeneer | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)